# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| MARY AGNEW; RICKY CHILDERS; BOOKER COOPER; AL HOUSE; MAE JACKSON; PATRICIA KIRBY; TERRELL LYONS; ODELL SPEARMAN; and ROBERT SYKES; Individually and On Behalf of All Others Similarly Situated | PLAINTIFFS |
| v.   No. 2:03CV00138 JLH | |
| FORREST CITY SCHOOL DISTRICT | DEFENDANT |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed on June 15, 2006, the claims of Mary Agnew, Ricky Childers, Booker Cooper, Patricia Kirby, Terrell Lyons, Odell Spearman, and Robert Sykes are dismissed with prejudice. The claims of the remaining plaintiffs, Mae Jackson and Al House, are dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE